THE MOULTON LAW FIRM, P.C.
6401 East Thomas Road, Suite 101
Scottsdale, Arizona 85251
(480) 355-5000 / FAX (480)355-5019
Kathleen M. Kassmann; No. 013894
kathleen@moultonlawoffice.com

*Attorneys for Defendant Kathie Sprague Kennedy
and Interstate 40 Grand Canyon RV Park*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra Hart, a married woman<br><br>Plaintiff,<br><br>vs.<br><br>Kathie Sprague Kennedy; Interstate 40 Grand Canyon RV Park, an Arizona Limited Liability Company,<br><br>Defendants. | ACTION NO: CV-19-8111-PCT-DMF<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(Assigned to the Honorable G. Murray Snow) |

The parties, by and through their counsel undersigned, hereby represent and stipulate as follows:

1. We represent the parties as referenced above;

2. The parties have reached an amicable agreement for settlement of all claims in this matter;

3. Plaintiff's cause of action shall be dismissed with prejudice;

4. Each party shall bear its own costs and attorneys' fees; and

5. Plaintiff's attorney will secure releases of all liens and outstanding medical bills.

A formal stipulated Order is being lodged with the Court this date for signature.

DATED this 22rd day of October, 2019.

THE MOULTON LAW FIRM, P.C.

By: _____
Kathleen M. Kassmann, Esq.
6401 East Thomas Road, Suite 101
Scottsdale, Arizona 85251
*Attorneys for Defendant Kathie Sprague Kennedy and Interstate 40 Grand Canyon RV Park*

THE BOURASSA LAW GROUP, LLC

By: _____
Mark J. Bourassa, Esq.
Melina D. Favors, Esq.
16165 N. 83rd Avenue Suite 200
Peoria, AZ 85339
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Stipulation for Dismissal and a Proposed Order were served via electronic case filing system on October 22, 2019 upon the following:

Mark J. Bourassa, Esq.
Melina D. Favors, Esq.
The Bourassa Law Group, LLC
16165 N. 83rd Avenue Suite 200
Peoria, AZ 85339
mbourassa@blgwins.com
mfavors@blgwins.com
*Attorneys for Plaintiff*

_____
Bree Johnson