IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra Hart,<br><br>    Plaintiff,<br><br>v.<br><br>Kathie Sprague Kennedy, et al.,<br><br>    Defendants. | No. CV-19-08111-PCT-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 28) and good cause shown,

**IT IS HEREBY ORDERED** dismissing Plaintiff's claims against Defendants Katie Sprague Kennedy and Interstate 40 Grand Canyon RV Park with prejudice; each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** Plaintiff's attorneys are directed to secure releases of all liens and outstanding medical bills.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter.

Dated this 22nd day of October, 2019.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge